UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5568 R(JC) | Date | July 29, 2015 |
|---|---|---|---|
| Title | Jimmie Stephen, [et al.] v. St. Francis Medical Center, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| none | none | |

**Proceedings:**   (IN CHAMBERS)

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE**

Only July 22, 2015, Plaintiff Jimmie Stephen who is at liberty and is representing himself (*i.e.*, proceeding *pro se*), filed a "42 USC 1983 Civil Rights Complaint" ("Complaint"). The Complaint also references the following additional parties/potential parties, but it is not clear whether they are intended to be additional plaintiffs, or whether Jimmie Stephen seeks to pursue this action on their behalf:[1] (1) Jimmie Stephen's now deceased parent, Velva Stephens, who was an inmate at Vacaville State Prison/the estate of Velva Stephens; (2) Shirley Stephens-Shepard; (3) Sayzorn Stephens; (4) Lloyd Wayne Stephens; (5) Joseph Hill; (6); Karl Thursby; and (7) Ivory Taylor. The Complaint is not accompanied by the requisite $400 filing fee.

Accordingly, Jimmie Stephen and any of the other persons intended to be a plaintiff are Ordered to Show Cause in writing by not later than **August 12, 2015** why this action should not be dismissed for failure to pay the filing fee. To the extent the filing fee is paid by the foregoing deadline, no further response is required. To the extent Jimmie Stephen and each of the other persons intended to be plaintiffs do not have the means to pay the filing fee, <u>all plaintiffs</u> must <u>each</u> instead complete and file a Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60) by the foregoing deadline. The Clerk is directed to attach a blank Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60) to this Order for the use of the plaintiff(s) if he/they elect(s) to proceed in that fashion.

///
///
///

---

[1] As Jimmie Stephen is proceeding *pro se*, he may not represent anyone other than himself and may not bring an action on behalf of anyone other than himself. See <u>Simon v. Hartford Life, Inc.</u>, 546 F.3d 661, 664 (9th Cir. 2008) (citing cases).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5568 R(JC) | Date | July 29, 2015 |
|---|---|---|---|
| Title | Jimmie Stephen, [et al.] v. St. Francis Medical Center, et al. | | |

**Jimmie Stephen and any of the other persons intended to be a plaintiff are cautioned that the failure timely to respond to this Order to Show Cause, to pay the filing fee or to file a request to proceed without prepayment of filing fee with supporting declaration, may result in the dismissal of the Complaint and this action for failure to pay the filing fee, failure to demonstrate that the plaintiff(s) is/are entitled to proceed with this action without prepayment of the filing fee, failure to comply with this Court's Order and/or for lack of prosecution.**

IT IS SO ORDERED.

Initials of Deputy Clerk    hr