UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN[S], et al. | Case No. CV 15-5568 R(JC) |
| Plaintiffs, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| ST. FRANCIS MEDICAL CENTER, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all documents filed in connection with the motion to dismiss filed by defendant St. Francis Medical Center ("SFMC") joined by defendants Providence Little Company of Mary Transitional Care Center ("Providence") and Salvatora Danna, the motion to dismiss filed by defendants Jagan Bansal and Maneesh Bansal joined by defendant O.L. Robinson (collectively "Defendants' Motions"), and the motion for default filed by plaintiffs ("Plaintiffs' Motion"), as well as all of the records herein, including the June 22, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED for the reasons explained in the Report and Recommendation that: (1) this action is *sua sponte* dismissed without prejudice as against defendants Yeji Shin and J. Omega; (2) Defendants' Motions are granted in part, and (a) the federal claims in the Third Amended Complaint are dismissed with prejudice and without further leave to amend as against SFMC, Danna, J. Bansal, M. Bansal, and Robinson; (b) judgment on the pleadings as to the federal claims is granted in favor of defendant Providence; and (c) the Court declines to exercise supplemental jurisdiction over, and dismisses the state claims in the Third Amended Complaint without prejudice; (3) Defendants' Motions are otherwise denied as moot; (4) Plaintiffs' Motion is denied; and (5) judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on plaintiffs and counsel for defendants.

IT IS SO ORDERED

DATED: July 30, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE