|   |   |
|---|---|
| JIMMIE STEPHEN[S], et al. | Case No. CV 15-5568 R(JC) |
| Plaintiffs, | |
| v. | JUDGMENT |
| ST. FRANCIS MEDICAL CENTER, et al., | |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) this action is *sua sponte* dismissed without prejudice as against defendants Yeji Shin and J. Omega; (2) the federal claims in the Third Amended Complaint are dismissed with prejudice and without further leave to amend as against defendants St. Francis Medical Center, Salvatora Danna, Jagan Bansal, Maneesh Bansal, and O.L. Robinson; (3) judgment on the pleadings as to the federal claims is granted in favor of defendant Providence

///
///
///

Little Company of Mary Transitional Care Center; and (4) the state claims in the Third Amended Complaint are dismissed without prejudice

IT IS SO ADJUDGED.

DATED: July 30, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE